IN RE: MATAMOROS                     CASE NO. 11-10559 B

Claim 000006, Payment 2.67%
Sun Premium Financing, LLC
P.O. Box 6953
Metairie, LA 70009-6953

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

**BANK OF AMERICA**    CHECK NUMBER
32-1/1110 TX     1008
0

| DATE | AMOUNT |
|---|---|
| 11/07/11 | ************2.99 |

account 113198

1987081

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 11-10559   B | Debtor: MATAMOROS, MIGUEL ANGEL<br>Joint Debtor: MATAMOROS, TRACY DAUGHTRY |

United States Bankruptcy Court
LA
500 Poydras St. B-601
New Orleans, LA 70130

Two Dollars And 99/100

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑃"001008"⑃ ⑃:111000012⑃: 4438226122"⑃

11/10/11
DEPOSITED TO UNCLAIMED
UNDER $25.00 (106000)
DUE: SEE ATTACHED.

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 229330   - KW
**COPY**
November 10, 2011
10:07:17

UNC.UNDER$25
11-10559
Debtor.: MIGUEL ANGEL MATAMOROS
Trustee: Barbara Rivera-Fulton
Amount.:            $2.99 CH
Check#.: 1008

Total-> $2.99

FROM: RIVERA FULTON

Date: 11/07/11           **DIVIDENDS REMITTED TO THE COURT**           Page: 1

Case Number 11-10559 - MATAMOROS, MIGUEL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Sun Premium Financing, LLC**<br>**P.O. Box 6953**<br>**Metairie, LA 70009-6953**<br>account 113198 | 000006 | 112.01 | 2.99 |
| ----------- Remittance Total --------------- | | 112.01 | 2.99 |

*[signature: Barbara Rivera-Fulton]*

Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1           Printed: 11/07/11 05:21 PM   Ver: 16.04c